**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re: Dennis Paul Kramer                                    Case No. 25-31460

                                                             Chapter 13
                    Debtor(s).

**NOTICE OF CONFIRMATION HEARING**

PLEASE TAKE NOTICE that the Confirmation Hearing on the Chapter 13 Plan is

scheduled on August 6, 2026, at 1:00 PM. The hearing will be conducted telephonically. Please

contact Judge Bruggeman's Courtroom Deputy by email at

mnb_bruggeman_hearings@mnb.uscourts.gov or by telephone at 651-848-1051 to obtain the

dial-in information. Any person wanting to appear in person must contact Judge Bruggeman's

Courtroom Deputy at 651-848-1051 at least 48 hours prior to the hearing.

Any objection to the modified plan shall be filed and served not later than 48 hours prior

to the time and date set for the confirmation hearing.

Dated: June 22, 2026                         LIFE BACK LAW FIRM, P.A.

                                             /e/ MADISON D. NEWBERG #0504467
                                                Attorney for Debtor(s)
                                                6445 Sycamore Court North
                                                Maple Grove, Minnesota 55369
                                                (320) 252-0330
                                                Madison@lifebacklaw.com

Local Form 3015-1
REVISED 09/2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Dennis Paul Kramer**

Case No. **25-31460**
CHAPTER 13 PLAN ☑ Modified
Dated **June 22, 2026**

Debtor.
*In a joint case, "debtor" means "debtors" in this plan.*

**Part 1. NOTICE OF NONSTANDARD PLAN PROVISIONS, SECURED CLAIM LIMITATIONS, AND LIEN OR SECURITY INTEREST AVOIDANCE: The debtor must check the appropriate boxes below to indicate whether the plan does or does not include each of the following items:**

| 1.1 | A limit on the amount of a secured claim based on a valuation of the collateral for the claim, set out in Parts 6 or 14 | ☐ Included | ☑ Not included |
|---|---|---|---|
| 1.2 | Avoidance of a security interest or lien, set out in Part 14  **IDENTIFY ALL AFFECTED SECURITY INTEREST HOLDERS OR LIENHOLDERS:** | ☐ Included | ☑ Not included |
| 1.3 | Nonstandard provisions, set out in Part 15 | ☑ Included | ☐ Not included |

**Part 2. DEBTOR'S PAYMENTS TO TRUSTEE: The initial plan payment is due not later than 30 days after the order for relief, unless the court orders otherwise.**

2.1   As of the date of this plan, the debtor has paid the trustee $ **3,290.00**  (including balance on hand of $ **2,715.54**  ).

2.2   After the date of this plan, the debtor will pay the trustee $**34,310.00**.

| Plan payment | Start MM/YYYY | End MM/YYYY | # of payments | Total |
|---|---|---|---|---|
| $730.00 | 07/2026 | 05/2030 | 47 | $34,310.00 |
| | | | PART 2.2 SUBTOTAL: | $34,310.00 |

2.3   The minimum plan length is ☐ 36 months or ☑ 60 months from the date of the initial plan payment unless all allowed unsecured claims are paid in a shorter time.

2.4   The debtor will also pay the trustee **NONE** .

2.5   The debtor will pay the trustee a total of $ **37,600.00**  [lines 2.1 + 2.2 + 2.4].

2.6   If the debtor is required to file a tax return under applicable nonbankruptcy law, the debtor will file with appropriate tax authorities all returns and provide the trustee a copy of each filed return within 14 days of filing. The debtor will treat tax refunds as follows: **If the debtor receives a refund from the federal taxing agency but owes the state taxing agency (or vice-versa), the debtor will net the two out, and pay the trustee the amount over $1,200 for a single filer, or $2,000 for a joint filer (not including any Earned Income Credit or Working Family Credit). Any additional amounts shall be turned over to the Chapter 13 trustee as additional plan payments.**

**Part 3. PAYMENTS BY TRUSTEE AND TRUSTEE'S FEES:** Prior to confirmation of the plan, the trustee will pay from available funds payments designated as Adequate Protection ("Adq. Pro.") under Parts 6 and 7 to creditors with claims secured by personal property. All other funds will be disbursed by the trustee following confirmation of the plan as soon as is practicable. The trustee will pay from available funds only to creditors for which proofs of claim have been filed.  The trustee is not required to retain funds for any claim for which a proof of claim has not been timely filed and may disburse those funds to other claimants. The trustee may collect a fee of up to 10% of plan payments, or $ **3,760.00**  [line 2.5 x .10]. If relief from the automatic stay is ordered as to any item of collateral listed in the plan, then, unless otherwise ordered by the court, all payments by the trustee as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.

**Part 4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]:** The debtor assumes the following executory contracts or unexpired leases. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. Cure provisions, if any, are set forth in Part 5.

1

Local Form 3015-1
REVISED 09/2025

| Creditor | Description of Property |
|---|---|
| -NONE- | |

**Part 5. MAINTENANCE OF PAYMENTS AND CURE OF DEFAULT, IF ANY (§ 1322(b)(5)):** The debtor will maintain the current contractual installment payments on the claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be paid directly by the debtor unless otherwise specified below. The trustee will pay the arrearage amount listed in the proof of claim at the interest rate specified below, unless otherwise ordered by the court. The creditors will retain liens. All following entries are estimates, except for interest rate.

| | Creditor | Description of property | Arrears amount (if any) | Interest rate on arrears (if any) | Beginning in MM/YY | Monthly payment | # of payments | Remaining arrears payments | + amount paid to date by trustee (mod. plan only) | Total trustee arrears payments |
|---|---|---|---|---|---|---|---|---|---|---|
| | -NONE- | | | | | | | | | |

| | | | Current installment payment | Disbursed by: | | | Remaining trustee installment payments | + amount paid to date by trustee (mod. plan only) | Total trustee installment payments |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ✔ Debtor ☐ Trustee | | | | | |

TOTAL: [_____]

**Part 6. SECURED CLAIMS SUBJECT TO MODIFICATION ("CRAMDOWN") PURSUANT TO § 506 (§ 1325(a)(5)):** The trustee will pay the amount set forth in the "Total payments" column below on the following secured claims if a proof of claim is filed and allowed. Notwithstanding a creditor's proof of claim filed before or after confirmation, if the plan has been served upon each of the affected creditors identified below in the manner provided for by Fed. R. Bankr. P. 7004, the amount listed in the secured claim amount column binds the creditor pursuant to 11 U.S.C. § 1327 and confirmation of the plan is a determination of the creditor's allowed secured claim, unless otherwise ordered by the court. For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with Fed. R. Bankr. P. 3012(c) controls over any contrary amount. Unless otherwise specified in Part 15, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i). Any allowed unsecured portion of the claim will be paid under Part 10, Part 11, or Part 12.

| | Creditor | Est. claim amount | Secured claim amount | Int. rate | Adq. Pro. (Check) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | +amount paid to date by trustee (mod. plan only) | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ | | | | | | |
| | -NONE- | | | | | | | | | | |
| | | | | | | | | | | | |

TOTAL: **$0.00**

**Part 7. SECURED CLAIMS EXCLUDED FROM § 506 AND NOT SUBJECT TO MODIFICATION ("CRAMDOWN") (§ 1325(a)) (910 vehicles and other things of value):** The trustee will pay the amount of the allowed secured claim listed in the proof of claim, unless otherwise ordered by the court, at the interest rate set forth below. Any allowed unsecured portion of the claim will be paid under Part 10, Part 11, or Part 12. **All following entries are estimates, except for interest rate.** Unless otherwise specified in Part 15, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i).

| | Creditor | Est. secured claim amount | Int. rate | Adq. Pro. (Check) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | +amount paid to date by trustee (mod. plan only) | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ✔ | 06/2025 | $287.23 | 2 | $0.00 | | |
| | | | | | 08/2025 | $268.88 | 58 | $15,594.88 | | |
| 7.1 | Gm Financial | $14,000.00 | 5.82 | | | | | | $574.46 | $16,169.34 |

TOTAL: **$16,169.34**

2

Local Form 3015-1
REVISED 09/2025

**Part 8. PRIORITY CLAIMS UNDER § 507(a)(2) THROUGH (a)(10):** The trustee will pay the amount of the allowed priority claim listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates.**

| | Creditor | Claim amount | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | + amount paid to date by trustee (mod. plan only) | = Total payments |
|---|---|---|---|---|---|---|---|---|
| 8.1 | Attorney Fees | $1,195.00 | 07/2026 | $91.92 | 13 | $1,195.00 | $0.00 | $1,195.00 |
| 8.2 | Internal Revenue Service | $7,456.05 | 07/2026 | Pro Rata | Pro Rata | $7,456.05 | $0.00 | $7,456.05 |
| 8.3 | MN Dept of Revenue | $3,042.86 | 07/2026 | Pro Rata | Pro Rata | $3,042.86 | $0.00 | $3,042.86 |
| | | | | | | | TOTAL | $11,693.91 |

**Part 9. DOMESTIC SUPPORT OBLIGATION CLAIMS UNDER § 507(a)(1):** The trustee will pay the amount of the allowed priority claim listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates.**

| | Creditor | Claim amount | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | + amount paid to date by trustee (mod. plan only) | = Total payments |
|---|---|---|---|---|---|---|---|---|
| | -NONE- | | | | | | | |
| | | | | | | | TOTAL | $0.00 |

**Part 10. SEPARATE CLASSES OF UNSECURED CLAIMS:** In addition to the classes of unsecured claims specified in Part 11 and Part 12, there shall be separate classes of nonpriority unsecured claims including the following. The trustee will pay the nonpriority amount. listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates, except for interest rate.**

| | Creditor | Unsecured claim amount | Interest rate (if any) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | + amount paid to date by trustee (mod. plan only) | = Total payments |
|---|---|---|---|---|---|---|---|---|---|
| | -NONE- | | | | | | | | |
| | | | | | | | | TOTAL | $0.00 |

**Part 11. TIMELY FILED UNSECURED CLAIMS:** The trustee will pay holders of allowed nonpriority unsecured claims for which proofs of claim were timely filed the remaining funds received by the trustee and not paid under Parts 3, 5, 6, 7, 8, 9, and 10 on a pro rata basis. **All following entries are estimates.**

| | | | |
|---|---|---|---|
| Estimated nonpriority unsecured claims held by creditors listed in Parts 6, 7, and 14 | $0.00 | Estimated remaining payments | $5,976.75 |
| + Total estimated nonpriority and not separately classified unsecured claims (excludes Parts 6, 7, 10, and 14 unsecured claims) | $27,183.43 | + amount paid to date by trustee (mod. plan only) | $0.00 |
| = Total estimated nonpriority and not separately classified unsecured claims (excludes Part 10 claims) | $27,183.43 | = TOTAL estimated payments | $5,976.75 |
| Projected percentage payment to unsecured claims (excludes Part 10 claims) | 22.00% | | |

**Part 12. TARDILY-FILED UNSECURED CLAIMS:** All money paid by the debtor to the trustee under Part 2, but not distributed by the trustee under Parts 3, 5, 6, 7, 8, 9, 10, and 11, will be paid to holders of allowed nonpriority unsecured claims for which proofs of claim were tardily filed. Tardily-filed claims remain subject to objection pursuant to 11 U.S.C. § 502(b)(9).

**Part 13. SURRENDER OF COLLATERAL AND REQUEST FOR TERMINATION OF STAY:** The debtor has surrendered or will surrender the following property to the creditor. The debtor requests that the stays under 11 U.S.C §§ 362(a) and 1301(a) be terminated as to the surrendered collateral upon confirmation of the plan.

| | Creditor | Description of property (including complete legal description of real property) |
|---|---|---|
| 13.1 | 21st Mortgage Corp. | Primary Residence, Mobile Home: 7142 123rd Street West, Apple Valley MN 55124 |

3

Local Form 3015-1
REVISED 09/2025

**Part 14. LIEN AVOIDANCE:** The judicial liens or nonpossessory, nonpurchase money security interests securing the claims listed below impair exemptions to which the debtor would have been entitled under 11 U.S.C. § 522(b). If the plan has been properly served upon each of the affected creditors identified below in the manner provided for by Fed. R. Bankr. P. 7004, a judicial lien or security interest securing a claim listed below will be avoided to the extent that it impairs such exemptions upon entry of the order confirming the plan, unless otherwise ordered by the court. The amount of the judicial lien or security interest that is avoided will be treated as an unsecured claim in Part 11 or Part 12, to the extent allowed. The amount, if any, of the judicial lien or security interest that is not avoided will be paid in full as a secured claim under the Part 6 or Part 7. See 11 U.S.C. § 522(f) and Fed. R. Bankr. P. 3012(b) and 4003(d). *Insert additional tables for each lien.*

| Information regarding judicial lien or security interest | | Calculation of lien avoidance | | Extent of exemption impairment (check one) |
|---|---|---|---|---|
| Creditor: | -NONE- | a. Amount of lien | | Line f is equal to or greater than line a. The entire lien is avoided. The amount of the unsecured claim is (line a): $ |
| Collateral: | | b. Amount of all other liens | | |
| Lien identification (such as judgment date, date of lien recording, book and page number) | | c. Value of claimed exemptions | | Line f is less than line a. A portion of the lien is avoided. The amount of secured claim after avoidance (line a minus line f): $. The amount of the unsecured claim is (line f): $. |
| | | d. Total of adding lines a, b, and c | | |
| | | e. Value of debtor's interest | | |
| | | f. Subtract line e from line d. | | |

**Part 15. NONSTANDARD PROVISIONS:** The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. Any nonstandard provisions, as defined in Fed. R. Bankr. P. 3015(c), must be in this Part. Any nonstandard provision placed elsewhere in the plan is void.

| 15.1 | Pursuant to 11 U.S.C. Section 1305, a proof of claim may be filed for taxes that become payable while the case is pending.  The trustee will only pay 11 U.S.C. Section 1305 tax claims attributable to the taxable year in which the case concerning such debtor(s) was filed, and only to the extent funds are available.<br><br>APPROVAL NOT REQUIRED TO INCUR POST PETITION DEBT. Approval by the bankruptcy court, or Chapter 13 trustee, shall not be required prior to debtor incurring ordinary consumer debt while this case is pending. Letters of approval will not be provided by the Chapter 13 trustee and one is not needed for debtor to incur post-petition ordinary consumer debt in Minnesota. All parties in interest retain all rights regarding the treatment of this debt in future modified plans and motions to confirm such plans.<br><br>Upon the granting of relief from the automatic stay, the trustee shall cease payments on account of the secured portion of the applicable claim. For any claim arising from the granting of relief from the automatic stay, surrender, foreclosure, repossession, or return of any collateral to any creditor listed in Parts 4, 5, 6, 7, 8, 13 or Non-standard provisions, for any reason, including plan modification, the trustee shall pay such claim as a general unsecured claim upon amendment of the applicable claim. Any alleged balance of any claim to such creditor shall be discharged upon the debtor(s) receiving a discharge in this case.<br><br>All secured creditors being paid direct (outside the Chapter 13 plan) on the plan may, upon confirmation of the plan, send debtor monthly statements and are authorized to speak to debtor about post-petition payments. |
|---|---|

**SUMMARY OF TOTAL ESTIMATED PAYMENTS:**

| Class of payment | | Total payments |
|---|---|---|
| Payments by trustee [Part 3] | $ | **3,760.00** |
| Maintenance of payments and cure of default, if any [Part 5] | $ | **0.00** |
| Secured claims subject to modification (cramdown) pursuant to § 506 [Part 6] | $ | **0.00** |
| Secured claims excluded from § 506 [Part 7] | $ | **16,169.34** |
| Priority claims [Part 8] | $ | **11,693.91** |
| Domestic support obligation claims [Part 9] | $ | **0.00** |
| Separate classes of unsecured claims [Part 10] | $ | **0.00** |
| Timely filed unsecured claims [Part 11] | $ | **5,976.75** |
| TOTAL (must equal line 2.5) | $ | **37,600.00** |

Certification regarding nonstandard provisions:
I certify that this plan contains no nonstandard provision except as placed in Part 15.

Signed:     **/s/ Dennis Paul Kramer**
              **Dennis Paul Kramer**
              Debtor 1

Signed:     **/s/ Madison D. Newberg**
              **Madison D. Newberg #0504467**
              Attorney for debtor

Signed:     _____

              Debtor 2 (if joint case)

4

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dennis Paul Kramer** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | ~~Tracy Ann Kramer~~ |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | **25-31460** |

☑ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information      **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
|---|---|

|  | **Your assets** Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B...................................................................... | $ **93,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................................................. | $ **303,639.48** |
| 1c. Copy line 63, Total of all property on Schedule A/B...................................................................... | $ **396,639.48** |

| Part 2: | Summarize Your Liabilities |
|---|---|

|  | **Your liabilities** Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **45,685.41** |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ **13,865.34** |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ **23,817.00** |
| **Your total liabilities** | $ **83,367.75** |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

|  |  |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $ **6,804.00** |
| 5.  *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | $ **6,334.00** |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **Dennis Paul Kramer**
Debtor 2   ~~Tracy Ann Kramer~~                                             Case number *(if known)*  **25-31460**

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                    $ _____ **10,788.73**

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 13,865.34 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 13,865.34 |

Fill in this information to identify your case:

Debtor 1          **Dennis Paul Kramer**

Debtor 2          ~~Tracy Ann Kramer~~
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number      **25-31460**
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter
13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                                12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| **Employment status*** | ☐ ~~Employed~~<br>☑ Not employed | ☐ ~~Employed~~<br>☐ ~~Not employed~~ |
| **Occupation** | **PCA** | **~~Business Analyst~~** |
| **Employer's name** | **~~Mankato Rehabilitation Center~~** | **~~Aetna Insurance~~** |
| **Employer's address** | **~~1750 Energy Dr, PO Box 328 Mankato, MN 56001~~** | **~~1 CVS Drive Woonsocket, RI 02895~~** |
| **How long employed there?** | **~~1 year~~** | **~~27 Years~~** |

*See Attachment for Additional Employment Information

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **0.00** ~~1,974.00~~ | $ **0.00** ~~6,065.00~~ |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. | $ **0.00** ~~1,974.00~~ | $ **0.00** ~~6,065.00~~ |

Debtor 1 **Dennis Paul Kramer**
Debtor 2 ~~Tracy Ann Kramer~~

Case number (*if known*) **25-31460**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | 4. | | $ **0.00** ~~1,974.00~~ | $ **0.00** ~~6,065.00~~ |

5. **List all payroll deductions:**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ | **0.00** ~~197.00~~ | $ **0.00** ~~1,213.00~~ |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ | 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ | 0.00 | $ **0.00** ~~364.00~~ |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ | 0.00 | $ **0.00** ~~640.00~~ |
| 5e. | **Insurance** | 5e. | $ | 0.00 | $ **0.00** ~~792.00~~ |
| 5f. | **Domestic support obligations** | 5f. | $ | 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ | 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ | 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ **0.00** ~~197.00~~   $ **0.00** ~~3,009.00~~

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ **0.00** ~~1,777.00~~   $ **0.00** ~~3,056.00~~

8. **List all other income regularly received:**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ | 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ | 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ | **2,317.00** ~~700.00~~ | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ | 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ | 71.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: ~~Estimated Net income from PCA job~~ | 8h.+ | $ | 0.00 + | $ **0.00** ~~1,200.00~~ |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ **2,388.00** ~~771.00~~   $ **0.00** ~~1,200.00~~

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ **2,388.00** ~~2,548.00~~ + $ **0.00** ~~4,256.00~~ = $ **2,388.00** ~~6,804.00~~
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify:   11.   +$ 0.00

Debtor 1    **Dennis Paul Kramer**
Debtor 2    ~~Tracy Ann Kramer~~                                          Case number (*if known*)    **25-31460**

12.    **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

12.    $    ~~2,388.00~~
        ~~6,804.00~~

**Combined monthly income**

13.    **Do you expect an increase or decrease within the year after you file this form?**

☑    No.

☐    Yes. Explain:    ~~I am currently receiving Social Security in the amount of $2317/month.~~

Official Form 106I                          **Schedule I: Your Income**                          page 3

| Debtor 1 | **Dennis Paul Kramer** | | Case number (*if known*) | **25-31460** |
| Debtor 2 | ~~**Tracy Ann Kramer**~~ | | | |

## Official Form B 6I
## Attachment for Additional Employment Information

| ~~Spouse~~ | | |
|---|---|---|
| ~~Occupation~~ | ~~**PCA**~~ | |
| ~~Name of Employer~~ | ~~**Mankato Rehabilitation Center**~~ | |
| ~~How long employed~~ | ~~**1 Year**~~ | |
| ~~Address of Employer~~ | ~~**1750 Energy Dr, PO Box 328**~~ | |
| | ~~**Mankato, MN 56001**~~ | |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Dennis Paul Kramer** |
| Debtor 2 (Spouse, if filing) | **~~Tracy Ann Kramer~~** |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (If known) | **25-31460** |

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. ~~Does Debtor 2 live in a separate household?~~

      ☑ ~~No~~
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ☑ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| ~~Child~~ | ~~31 years~~ | ☐ -No ☑ ~~Yes~~ |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☑ No   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ <u>800.00</u> <br> ~~1,596.00~~ |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ <u>0.00</u> <br> ~~100.00~~ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ <u>0.00</u> <br> ~~200.00~~ |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1  **Dennis Paul Kramer**
Debtor 2  ~~**Tracy Ann Kramer**~~

Case number (if known)  **25-31460**

| | | |
|---|---|---|
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. $ **150.00** / ~~450.00~~ |
| | 6b.  Water, sewer, garbage collection | 6b. $ **0.00** / ~~350.00~~ |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. $ **50.00** / ~~370.00~~ |
| | 6d.  Other. Specify:  **Streaming Services** | 6d. $ **0.00** / ~~50.00~~ |
| 7. | **Food and housekeeping supplies** | 7. $ **300.00** / ~~1,100.00~~ |
| 8. | **Childcare and children's education costs** | 8. $ **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ **25.00** / ~~300.00~~ |
| 10. | **Personal care products and services** | 10. $ **25.00** / ~~300.00~~ |
| 11. | **Medical and dental expenses** | 11. $ **80.00** / ~~350.00~~ |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ **125.00** / ~~600.00~~ |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ **25.00** / ~~450.00~~ |
| 14. | **Charitable contributions and religious donations** | 14. $ **0.00** / ~~25.00~~ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a. $ **0.00** |
| | 15b.  Health insurance | 15b. $ **0.00** / ~~21.00~~ |
| | 15c.  Vehicle insurance | 15c. $ **78.00** / ~~122.00~~ |
| | 15d.  Other insurance. Specify: | 15d. $ **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ **0.00** |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ **0.00** |
| | 17b.  Car payments for Vehicle 2 | 17b. $ **0.00** |
| | 17c.  Other. Specify: | 17c. $ **0.00** |
| | 17d.  Other. Specify: | 17d. $ **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | $ **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | |
| | 20a.  Mortgages on other property | 20a. $ **0.00** |
| | 20b.  Real estate taxes | 20b. $ **0.00** |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ **0.00** |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ **0.00** |
| | 20e.  Homeowner's association or condominium dues | 20e. $ **0.00** |
| 21. | **Other:** Specify:  **Pet Expenses** | 21. +$ **0.00** / ~~250.00~~ |

22. **Calculate your monthly expenses**

22a. Add lines 4 through 21.  $ **1658.00** / ~~6,334.00~~

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  $

22c. Add line 22a and 22b.  The result is your monthly expenses.  $ **1658.00** / ~~6,334.00~~

23. **Calculate your monthly net income.**

23a.  Copy line 12 *(your combined monthly income)* from Schedule I.  23a. $ **2388.00** / ~~6,804.00~~

23b.  Copy your monthly expenses from line 22c above.  23b. -$ **1658.00**

Debtor 1   **Dennis Paul Kramer**
Debtor 2   ~~Tracy Ann Kramer~~                                           Case number (if known)   **25-31460**

|  |  |  |
|---|---|---|
|  |  | ~~6,334.00~~ |

23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.

23c.  $   **730.00**
~~470.00~~

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   | Explain here: |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Rodea Catrell Jarmon
Debtor(s)

Case No. 25-40565

Chapter 13

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 6/17/2026, I did cause a copy of the following document(s), described below:

Notice of Modified Ch. 13 & Confirmation Hearing, Memorandum, Modified Ch. 13 Plan, Application for Compensation

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the  District of Minnesota Bankruptcy Court's official court matrix on 6/17/2026.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/17/2026

/s/ Madison D. Newberg
Madison D. Newberg
Bar No. 0504467
LifeBack Law Firm, PA
13 7th Avenue South
Saint Cloud MN 56301-0000
320-252-0330
madison@lifebacklaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                          Case No. 25-40565

    Rodea Catrell Jarmon                    Chapter 13

    Debtor(s)

---

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

---

On 6/17/2026, I did cause a copy of the following document(s), described below:

Notice of Modified Ch. 13 & Confirmation Hearing, Memorandum, Modified Ch. 13 Plan,
Application for Compensation

were deposited for delivery by the United States Postal Service, via First Class United States
Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing
matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States
that I have served the above referenced document (s) on the mailing list attached hereto in the
manner shown and prepared the Declaration of Certificate of Service and that it is true and
correct to the best of my knowledge, information, and belief.

DATED: 6/17/2026

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 6/17/2026, I caused a copy of the Notice of Modified Ch. 13 & Confirmation Hearing, Memorandum, Modified Ch. 13 Plan and Application for Compensation to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Minnesota Department of Revenue | | | Bankruptcy Section | PO Box 64447 | St Paul MN 55164-0447 |
| Nexus Nova LLC | | | 7616 Currell Blvd., suite 200 | | Woodbury MN 55125-2296 |
| SN Servicing Corporation | | | 4500 Park Glen Road | Suite 300 | St. Louis Park MN 55416-4891 |
| United States Attorney | | | 600 US Courthouse | 300 S 4th St | Minneapolis MN 55415-3070 |
| Wings Financial Credit Union | | c/o Daniel W. Fram, Esq. | Felhaber Larson | 220 South Sixth Street, Suite 2200 | Minneapolis MN 55402-4504 |
| Minneapolis | | | 301 Diana E. Murphy U.S. Courthouse | 300 South Fourth Street | Minneapolis MN 55415-1320 |
| ARS National Services | | | PO Box 469046 | | Escondido CA 92046-9046 |
| Aidvantage on behalf of | | | Dept of Ed Loan Services | PO BOX 300001 | Greenville TX 75403-3001 |
| Ascendium Education Solutions, Inc | | | PO Box 8961 | | Madison WI 53708-8961 |
| Capital Bank | | | Resurgent Capital Services | PO Box 10368 | Greenville SC 29603-0368 |
| Capital Bank N.A. | | | 2275 Research Blvd. Ste 600 | | Rockville MD 20850-6238 |
| Capital One | | | Attn: Bankruptcy | Po Box 30285 | Salt Lake City UT 84130-0285 |
| | | | Cherissa Jarmon | | Maple Grove MN |
| Comenitycapital/midas | | | Attn: Bankruptcy | Pob 182125 | Columbus OH 43218-2125 |
| Discover Bank | | | PO Box 3025 | | New Albany OH 43054-3025 |
| Discover Financial | | | Attn: Bankruptcy | Po Box 3025 | New Albany OH 43054-3025 |
| Hennepin County | | | Child Support Division | 110 South 4th Street | Minneapolis MN 55401-2205 |
| Hennepin County Treasurer | | | A600 Government Center | 300 S 6th St | Minneapolis MN 55487-0999 |
| Internal Revenue Service | | | Centralized Insolvency | PO Box 7346 | Philadelphia PA 19101-7346 |
| JPMorgan Chase Bank, N.A. | | s/b/m/t Chase Bank USA, N.A. | c/o National Bankruptcy Services, LLC | P.O. Box 9013 | Addison TX 75001-9013 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | PO BOX 7999 | | SAINT CLOUD MN 56302-7999 |
| Jpmcb | | | MailCode LA4-7100 | 700 Kansas Lane | Monroe LA 71203-4774 |
| LVNV Funding, LLC | | | Resurgent Capital Services | PO Box 10587 | Greenville SC 29603-0587 |
| Lvnv Funding/Resurgent Capital | | | Attn: Bankruptcy | Po Box 10497 | Greenville SC 29603-0497 |
| MN Dept of Revenue | | | Attn: Denise Jones | PO Box 64447 | Saint Paul MN 55164-0447 |
| Midas | | | PO Box 650965 | | Dallas TX 75265-0965 |
| Minnesota Child Support o/b/o Charissa Jarmo | | | P.O. Box 1234 | | Minneapolis MN 55440-1234 |
| Minnesota Child Support o/b/o Evelyn A. Jack | | | P.O. Box 1234 | | Minneapolis MN 55440-1234 |
| Navient | | | Attn: Bankruptcy | Po Box 9635 | Wilkes Barre PA 18773-9635 |
| Negotiations Dept | | | 5549 Ft Caroline Rd #211 | | Jacksonville FL 32277-1748 |
| Nexus Nova LLC c/o ServiceMac, LLC | | | 9726 Old Bailes Road, Suite 200 | | Fort Mill SC 29707-7882 |

| | | | | | |
|---|---|---|---|---|---|
| North Memorial Health | | | Maple Grove Hospital | PO Box 735469 | Chicago IL 60673-5469 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | | | PO BOX 41067 | | NORFOLK VA 23541-1067 |
| Pinnacle Credit Services, LLC | | | Resurgent Capital Services | PO Box 10587 | Greenville SC 29603-0587 |
| Rausch Sturn, LLP | | | 300 N Executive Drive | Suite 200 | Brookfield WI 53005-6034 |
| SN SERVICING CORPORATION | | | 323 FIFTH ST | | EUREKA CA 95501-0305 |
| Servicemac, LLC | | | 9726 Old Bailes Road | | Fort Mill SC 29707-7540 |
| Summit Orthopedics | | | PO Box 1380 | | Minneapolis MN 55480-1380 |
| U.S. Bank Trust N.A. | | | c/o SN Servicing Corp | 323 5th Street | Eureka CA 95501-0305 |
| Verizon | | | PO Box 16810 | | Newark NJ 07101-6810 |
| Wings Credit Union | | | 14985 Glazier Avenue | | Apple Valley MN 55124-6539 |
| Wings Credit Union | | | Attn: Bankruptcy | 14985 Glazier Avenue | Aoole Valley MN 55124-6539 |
| Rodea Catrell Jarmon | | | 4660 Decatur Ave N | | New Hope MN 55428-4762 |
| Wesley W. Scott | | | LifeBack Law Firm, PA | 13 Seventh Ave S | St Cloud MN 56301-4259 |