UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Dennis Paul Kramer                                                    Case No. 25-31460

      Debtor.

---

## WITHDRAWAL

Madison D. Newberg, attorney for debtor, hereby withdraws the following filed June 22, 2026.

1.    Docket # 45: Modified Chapter 13 Plan and Notice of Confirmation Hearing (re:2 Chapter 13 Plan) filed by Dennis Paul Kramer. Confirmation hearing scheduled for 8/6/2026 at 01:00 PM. Location: *VIDEOCONFERENCE* with Judge Mychal A. Bruggeman. (Newberg, Madison) (Entered: 06/22/2026)

Dated: July 17, 2026

/e/ MADISON D. NEWBERG #0504467
Attorney for Debtor(s)
6445 Sycamore Court North
Maple Grove, Minnesota 55369
(320) 252-0330
Madison@lifebacklaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Dennis Paul Kramer

Tracy Ann Kramer

Debtor(s)

Case No. 25-31460

Chapter 13

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 7/17/2026, I did cause a copy of the following document(s), described below:

Service Letter, Withdrawal of Previous Notice of Previous Modified Ch. 13 Plan & Confirmaiton Hearing, Notice of Confirmation Hearing, Modified Chapter 13 Plan, 1009, Amended Summary & Schedules

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the  District of Minnesota Bankruptcy Court's official court matrix on 7/17/2026.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/17/2026

/s/ Madison D. Newberg
Madison D. Newberg
Bar No. 0504467
LifeBack Law Firm, PA
13 7th Avenue South
Saint Cloud MN 56301-0000
320-252-0330
madison@lifebacklaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                          Case No. 25-31460

    Dennis Paul Kramer                   Chapter 13

    Tracy Ann Kramer

    Debtor(s)

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 7/17/2026, I did cause a copy of the following document(s), described below:

Service Letter, Withdrawal of Previous Notice of Previous Modified Ch. 13 Plan & Confirmaiton Hearing, Notice of Confirmation Hearing, Modified Chapter 13 Plan, 1009, Amended Summary & Schedules

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/17/2026

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 7/17/2026, I caused a copy of the Service Letter, Withdrawal of Previous Notice of Previous Modified Ch. 13 Plan & Confirmaiton Hearing, Notice of Confirmation Hearing, Modified Chapter 13 Plan, 1009 and Amended Summary & Schedules to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

## EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| 21ST MORTGAGE CORPORATION | | | 620 MARKET ST | ONE CENTRE SQUARE | KNOXVILLE TX 37902 |
| Minnesota Department of Revenue | | | Bankruptcy Section | PO Box 64447 | St Paul MN 55164-0447 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | | | PO BOX 41067 | | NORFOLK VA 23541-1067 |
| United States Attorney | | | 600 US Courthouse | 300 S 4th St | Minneapolis MN 55415-3070 |
| 21st Mortgage | | | P.O Box 477 | | Knoxville TN 37901-0477 |
| AmeriCredit Financial Services, Inc. dba GM | | | P O Box 183853 | | Arlington TX 76096-3853 |
| Barclays Bank Delaware | | | Attn: Bankruptcy | Po Box 8801 | Wilmington DE 19899-8801 |
| Capital One | | | Attn: Bankruptcy | Po Box 30285 | Salt Lake City UT 84130-0285 |
| Capital One N.A. | | | by AIS InfoSource LP as agent | PO Box 71083 | Charlotte NC 28272-1083 |
| Citibank/The Home Depot | | | Citicorp Cr Srvs/Centralized Bankruptcy | Po Box 790040 | St Louis MO 63179-0040 |
| FIRST SAVINGS BANK | | | ATTN BANKRUPTCY | 1500 S HIGHLINE AVE | SIOUX FALLS SD 57110-1003 |
| Gm Financial | | | 801 Cherry Street, Ste. 3600 | | Fort Worth TX 76102-6855 |
| Internal Revenue Service | | | Centralized Insolvency | PO Box 7346 | Philadelphia PA 19101-7346 |
| JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | Robertson, Anschutz, Schneid, | Crane & Partners, PLLC | 6409 Congress Avenue, Suite 100 | Boca Raton FL 33487-2853 |
| Jpmcb | | | MailCode LA4-7100 | 700 Kansas Lane | Monroe LA 71203-4774 |
| Kohl's | | | Attn: Credit Administrator | Po Box 3043 | Milwaukee WI 53201-3043 |
| LVNV Funding, LLC | | | Resurgent Capital Services | PO Box 10587 | Greenville SC 29603-0587 |
| Lvnv Funding/Resurgent Capital | | | Attn: Bankruptcy | Po Box 10497 | Greenville SC 29603-0497 |
| MN Dept of Revenue | | | Attn: Denise Jones | PO Box 64447 | Saint Paul MN 55164-0447 |
| Midland Credit Management, Inc. | | | PO Box 2037 | | Warren MI 48090-2037 |
| Midland Credit Mgmt | | | Attn: Bankruptcy | Po Box 939069 | San Diego CA 92193-9069 |
| 21st Mortgage Corporation Toney | | Nayoung Toney | 21st Mortgage Corporation | Po Box 477 | Knoxville TN 37901-0477 |
| Dennis Paul Kramer | | | 500 4th Street #7 | | Walhalla ND 58282-4658 |
| Wesley W. Scott | | | LifeBack Law Firm, PA | 13 Seventh Ave S | St Cloud MN 56301-4259 |